IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA



JORGE CABEZAS, et al.
on behalf of themselves and all others
similarly situated

      Plaintiffs,

v.

TECHNOLOGY AND SUPPLY
MANAGEMENT, LLC, et al.

      Defendants.

Case 1:17-cv-00557-CMH-TCB

## ORDER APPROVING THE PARTIES' STIPULATION OF DISMISSAL WITH PREJUDICE

Upon consideration of the Stipulation of the parties, it is

**ORDERED** that this action be, and the same hereby is, DISMISSED WITH PREJUDICE, each party to bear its own costs and attorney's fees.

**ENTERED** this 12th day of Jan., 2018.

_____
UNITED STATES DISTRICT JUDGE